IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RMAIL LIMITED ET AL., § | | |
| § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | | |
| § | | |
| AMAZON.COM, INC., PAYPAL, INC., § | **CIVIL ACTION NO. 2:10-CV-00258-JRG** | |
| SOCIETY FOR WORLDWIDE § | (Lead Case) | |
| INTERBANK FINANCIAL § | | |
| TELECOMMUNICATION SCRL (SWIFT), § | | |
| § | | |
| DOCUSIGN, INC., § | **CIVIL ACTION NO. 2:11-CV-00299-JRG** | |
| § | (Member Case) | |
| § | | |
| ADOBE SYSTEMS INCORPORATED, § | **CIVIL ACTION NO. 2:11-CV-00325-JRG** | |
| ECHOSIGN, INC., § | (Member Case) | |
| § | | |
| *Defendants*. § | | |
| § | | |

# ORDER

Before the Court is the Joint Motion and Stipulation of Dismissal ("the Motion") filed by Plaintiffs RMail Limited, RPost Communications Limited, and RPost Holdings, Inc. (collectively, "RPost") and Defendants Adobe, Inc. and EchoSign, Inc. ("Adobe") (together, collectively, "the Parties"). (Dkt. No. 985). In the Motion, the Parties represent that they "have executed a Settlement Agreement resolving all disputes between them in this action." (*Id.* at 1). Accordingly, the Parties "request that all of the Parties' respective claims and counterclaims asserted in this action, be dismissed with prejudice in their entirety, except with respect to any counterclaims for invalidity which shall be dismissed without prejudice, with each party to bear its own costs, expenses and attorneys' fees." (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that all claims and counterclaims asserted in the above-

captioned cases, with the exception of Adobe's counterclaim for invalidity, are hereby **DISMISSED WITH PREJUDICE**. Adobe's counterclaim for invalidity is hereby **DISMISSED WITHOUT PREJUDICE**. Each Party shall bear its own costs, expenses, and attorneys' fees. All pending requests for relief are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** Case No. 2:11-cv-325-JRG.

**So ORDERED and SIGNED this 19th day of August, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE